CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Casey Coombs
_____
Plaintiff(s)

vs.

Civil Action No. __1:19cv3363__

Islamic Republic of Iran
_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __8th__ day of __October__, __2020__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Islamic Republic of Iran__ was [were] (select one):

☐ personally served with process on _____.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __28 U.S.C. § 1605A, 1608__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Kevin A. Hoffman  /s/ Kevin Hoffman
Attorney for Plaintiff(s) [signature]
Singer Davis, LLC
1209 Laskin Road
Virginia Beach, Virginia 23451
757.301.9995
kevin.hoffman@singerdavis.law

1044559
Bar Id. Number

Name, Address and Telephone Number