**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CASEY COOMBS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:     1:19cv3363 |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |

<u>**DECLARATION OF SCOTT DARDEN**</u>

I, SCOTT DARDEN, have personal knowledge of the facts and circumstances described here, and, if called, would testify in open court to the same. I declare under penalty of perjury, as follows:

**I.      Introduction**

1.      My date of birth is April 19, 1970.

2.      I am a citizen of the United States of America.

3.      My wife at the time of my hostage taking, Diana Loesch, my son, E.D., my mother, Patricia Darden, and my sister, Kerry Darden, are also citizens of the United States of America.

**II.      My Background**

4.      Starting in November 2014, I worked in Yemen as the Country Manager for Transoceanic Development International, a logistics company.

5.      In January 2015, I was evacuated to Dubai as the Houthis initially took control of Sana'a and the government of Yemen. I returned a few months later, on March 16, 2015. Unfortunately, on March 18, 2015, a full-scale war broke out.

6.      Out of concern for my safety, I was moved out of my office by our security team to the home of one of their clients. The leader of that security team was Haisam Farran ("Sam"). Sam stayed in that home with me as we attempted to make arrangements to get us out of Yemen.

## III.    Hostage Taking & Torture

7.      On March 20, 2015, armed Houthi soldiers came to the place where Sam and I were staying. They searched our belongings and questioned us about why we were in Yemen. They did not find anything of interest and we answered all of their questions.

8.      When the Houthi soldiers were done asking us questions, I was blindfolded and put into the back of an SUV. Once inside, they cut my clothes off my body.

9.      When we arrived at the prison, I was escorted directly to a cell that I was to share with two al Qaeda fighters. This first cell was about eight feet by twenty feet, with a short wall to one corner hiding the hole we used as a toilet.

10.     During my first few days at the prison I was questioned repeatedly by my captors. They threatened my life, promising that I would never see my family again. One individual even told me that the Houthis had "people" in Dubai that would murder my son if I did not comply.

11.     I was always blindfolded during these interrogations, and often beaten severely. They would put me in handcuffs and force me into stress positions. Sometimes they would make me do squats. At times, as I was doing these exercises, one man would hit my knees with a bat. During one session, these beatings led to the dislocation of my left knee, which was both terrifying and very painful.

12.     After that interrogation, I was put into a smaller cell with only one other prisoner. At times they would remove the other prisoner, effectively placing me in solitary confinement.

2

Once, I was left alone like this for five days. I struggled deeply with suicidal thoughts during these periods.

13.     Throughout my captivity, I was not given any clothing, except for a sarong wrapped around my waist. The one exception to this was during my interrogations when I was forced to wear a heavy sweatshirt that was too small for me.

14.     For the first three months, I was not allowed to go outside even once. Over the remainder of my captivity, I was given one hour outside in a small enclosed area a total of three times.

15.     Once, during an interrogation, I was shown a hand-written note from my wife. I was intensely questioned about possible hidden meanings within the text and beaten severely when I could not produce them. At this time, and many others, I pleaded tearfully with my captors for a phone call to my family. The guards routinely mocked me for this request.

## IV.    Release & Injuries

16.     On September 20, 2015, nearly six months after my capture, some Houthi soldiers came to my cell and brought me clothes. They shaved my beard and helped me to clean up my appearance. I then saw Sam for the first time in six months. Later that day, we were driven to the Sana'a airport and handed over to a delegation from Oman.

17.     I suffered from severe weight and muscle loss during my captivity. My most vivid memory of my body at that time was that when I looked at my legs, I could see my shin bones clearly defined beneath my skin.

18.     I now suffer from severe orthopedic issues such as shortened IT band, bone spurs, ankle and knee pain, as a result of the beatings I received during interrogations and the difficult conditions of my living arrangements. These injuries are a daily source of chronic pain and make

it painful to stand and walk and have required substantial physical therapy and pain management to little avail.

19.     I struggle mentally and emotionally with the effects of my captivity. Just as I was reintegrating, my wife left me and my son, E.D., lives with her now. My relationship with him has been severely hampered. All of my interactions with family, friends, and colleagues are more challenging.

20.     My attention span is severely impaired and, combined with my chronic orthopedic pain, I am no longer able to sit at a desk for a long period of time or to operate in stressful situations in the same way as before this experience. These limitations have negatively impacted my career advancement and my earning capacity.

21.     I live each day with a variety of ever-present reminders of my ordeal.


Signed this __15__ day of __January__, 2021


_Scott Edward Darden_
Scott Darden


STATE OF _____Virginia_____
COUNTY/CITY OF ~~Chetser/~~  Chesterfield

I, _____Shawn Douglas Cofield_____, a Notary Public in and for the County/City aforesaid, in the State of __Virginia__ do certify that Scott Darden, who proved to me on the basis of satisfactory evidence to be the person who appeared before me, whose signature appears above, has acknowledged the same before me

My commission expires on the _15th_ day of __January__, 20_21_.


_Shawn Douglas Cofield_
Notary Public
Notary Registration #: _____7891870_____

Jurat
Electronic Notary Public
Notarized online using audio-video communication

4



**Shawn Douglas Cofield**

REGISTRATION NUMBER
7891870
COMMISSION EXPIRES
**February 29, 2024**