## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASEY COOMBS et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.:  1:19cv3363 |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO APPOINT SPECIAL MASTER

COMES NOW, Plaintiffs, by counsel, and hereby move the Court for an Order appointing a special master pursuant to 28 U.S.C. § 1605A(e), and in support thereof, state as follows:

1. Plaintiffs brought this case against the Islamic Republic of Iran under the terrorism exception to sovereign immunity based on Iran's alleged material support of the Houthis in Yemen, resulting in the hostage takings alleged in the Complaint. *See* ECF No. 1.

2. On March 10, 2022, the Court granted Plaintiffs' Motion for Default Judgment as to liability on behalf of certain individual plaintiffs. *See* ECF No. 22.

3. The controlling statute over these claims allows for this Court to appoint a special master "to hear damage claims" in this matter. 28 U.S.C. § 1605A(e)(1). Plaintiffs believe that such an appointment would be in the best interests of efficiency for the litigants and judicial economy.

4. As the Court noted in its recent Memorandum Opinion, *see* ECF No. 22 at 4, this Court previously decided another case on similar factual claims. Therein, after liability was granted, a special master was appointed for the assessment of damages. That special master was

Ms. Deborah Greenspan. *See Hamen v. Islamic Republic of Iran*, Case No. 1:16cv1394, at ECF No. 59 (Aug. 8, 2019).

5.  Plaintiffs' counsel has approached Ms. Greenspan about the possibility of serving in this matter, and she has indicated, evidenced by the attached declaration, that, if appointed, she is willing and able to serve in that same role in this case.

WHEREFORE, Plaintiffs respectfully request that this Motion be granted and that the Court enter the attached proposed Order appointing Ms. Greenspan to serve as special master for the purpose of hearing damages evidence and issuing reports and recommendations as to damages awards.

Respectfully submitted,

 /s/ Kevin A. Hoffman
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
SINGER DAVIS, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerdavis.law
Email: kevin.hoffman@singerdavis.law
*Counsel for Plaintiffs*