UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASEY COOMBS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ISLAMIC REPUBLIC OF IRAN, )<br>)<br>Defendant. )<br>) | Civil Action No. 19-3363 (RDM) |

**VOUCHER OF SPECIAL MASTER DEBORAH GREENSPAN REQUESTING PAYMENT OF FEES IN *COOMBS, ET AL. V. ISLAMIC REPUBLIC OF IRAN***

The Court appointed Deborah Greenspan, pursuant to 28 U.S.C. § 1605A and similar authority provided by Federal Rule of Civil Procedure 53, to serve as Special Master for the administration of damages proceedings, to receive evidence, and to prepare proposed findings and recommendations for the disposition of Plaintiffs' claims for compensatory damages in this matter. *See* March 17, 2022 Order (Dkt. No. 24) ("Order Appointing Special Master").

The Order Appointing Special Master provided, *inter alia*:

Compensation and Expenses: The Special Master shall be paid $1,200 per day and shall be reimbursed for all reasonable expenses incurred in the performance of the duties herein described. Where less than a full workday is expended by the Special Master in the performance of her duties under this plan, the voucher shall indicate the portion of the day worked. Where less than a full workday but more than one-half (four hours) of a work day is expended, the Special Master shall be paid $1,200 for that day. Where less than one-half (four hours) of a workday is expended, the Special Master shall be paid $600 for that day. Additional expenses beyond meals, lodging, and transportation shall not exceed $350 per day. Should any question arise as to expenses, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern and, subject to the above limitation, all expenses qualifying as business expenses under Treas. Reg. § 1.162-1 shall be paid, including compensation for the "labor" of a legal assistant or associate attorney.

> Pursuant to the FSIA, the Special Master is to be compensated "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(2). Within two weeks of the entry of any damages award in this case, the Special Master shall provide Plaintiffs with vouchers itemizing, for each day of work, the amount of time worked, the nature of the work done, and the amount of any business expenses incurred. Such vouchers should also include a calculation of total payment sought. Within two weeks of receiving any such voucher, Plaintiffs shall file a motion with the Court seeking the Court's order that the Clerk coordinate payment with the U.S. Department of Justice.

Order Appointing Special Master, at 2-3.

I filed my report addressing the claims of plaintiffs in the *Coombs* case on July 5, 2023. On November 6, 2023, the Court issued its Memorandum Opinion on damages, Dkt No. 29, and entered an Order that judgment be entered in favor of the Plaintiffs, Dkt. No. 30, and I am hereby submitting this Voucher in accordance with the Court's order.

Fees

I expended 51 days of work (42 days with time of four hours or less, and 9 days with time of more than four hours) researching, reviewing and preparing the report for the plaintiffs in the *Coombs* case and, in accordance with the Order Appointing Special Master, request is made for payment of a fee in the amount of $36,000. My time sheets are attached to this Voucher in the form of a billing statement. As always, I have continued to exercise rigorous judgment on my contemporaneous time records.

Expenses

The billing statement attached to this Voucher details $15,750 in expenses in the preparation of the report filed in the *Coombs* case in the form of compensation for the labor of legal assistants and other attorneys. The Order Appointing Special Master provided:

> Additional expenses beyond meals, lodging, and transportation shall not exceed $350 per day. Should any question arise as to expenses, the regulations promulgated by the Internal Revenue Service regarding business expenses shall govern and, subject to the above limitation, all expenses qualifying as business expenses under Treas. Reg. § 1.162-1 shall be paid, including compensation for the "labor" of a legal assistant or associate attorney.

Order Appointing Special Master at 3.

**WHEREFORE**, the Special Master respectfully requests that this Court order a disbursement in the amount of $51,750 ($36,000 in fees plus $15,750 in expenses).

Dated:  November 20, 2023                                          Respectfully submitted,

*/s/ Deborah E. Greenspan*
Deborah E. Greenspan

## **VERIFICATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  November 20, 2023                    */s/ Deborah E. Greenspan*
                                                                              Deborah E. Greenspan

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. 23-1311874

NEUTRAL SPECIAL MASTER

| | |
|---|---:|
| INVOICE DATE: | NOVEMBER 17, 2023 |
| CLIENT ID: | 155510 |
| MATTER NUMBER: | 155510-00610 03339 |
| INVOICE NUMBER: | 2157934 |

**REGARDING:** NEUTRAL SPECIAL MASTER
CASEY COOMBS, ET AL. V. ISLAMIC REPUBLIC OF IRAN

| | |
|---|---:|
| TOTAL SPECIAL MASTER SERVICES | $36,000.00 |
| TOTAL EXPENSES | 15,750.00 |
| **CURRENT INVOICE TOTAL** | **$51,750.00** |

*REMITTANCE*

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | 6238669326 | 130 North 18th St |
| ABA Number: | 036076150 (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | CTZIUS33 (International) | |

To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments

PENNSYLVANIA   NEW YORK   NEW JERSEY   DELAWARE   WASHINGTON, DC   FLORIDA   CALIFORNIA   OHIO   TEXAS   ILLINOIS   SHANGHAI

# BLANKROME

1825 EYE STREET NW
WASHINGTON, DC 20006-5403
(202) 420-2200
FEDERAL TAX ID NO. 23-1311874

| | | |
|---|---|---|
| NEUTRAL SPECIAL MASTER | INVOICE DATE: | NOVEMBER 17, 2023 |
| | CLIENT ID: | 155510 |
| | MATTER NUMBER: | 155510-00610 |
| | INVOICE NUMBER: | 2157934 |
| | | PAGE 1 |

**REGARDING:** NEUTRAL SPECIAL MASTER
CASEY COOMBS, ET AL. V. ISLAMIC REPUBLIC OF IRAN

**FOR LEGAL SERVICES RENDERED THROUGH OCTOBER 31, 2023**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/27/22 | REVIEW OF MOTIONS AND MEMORANDA AND DOCKET IN CASE TO DETERMINE NATURE OF EVIDENCE IN SUPPORT OF DAMAGES. | D. GREENSPAN | 1.00 | 600.00 |
| 05/09/22 | CONFERENCE WITH COUNSEL TO DETERMINE SUBMISSIONS TO BE MADE AND TIMING | D. GREENSPAN | 0.50 | 600.00 |
| 05/12/22 | CORRESPONDENCE WITH COUNSEL TO SCHEDULE DATES FOR TESTIMONY FROM CERTAIN CLAIMANTS | D. GREENSPAN | 0.30 | 600.00 |
| 06/09/22 | PREPARE FOR AND TAKE TESTIMONY FROM CERTAIN PLAINTIFFS | D. GREENSPAN | 4.50 | 1,200.00 |
| 06/30/22 | REVIEW CORRESPONDENCE REGARDING ADDITIONAL DOCUMENT SUBMISSIONS, SETTING UP REPORT DOCUMENT AND TIMELINE | D. GREENSPAN | 0.60 | 600.00 |
| 07/01/22 | REVIEW FILES AND EVIDENCE REGARDING CLAIMS; DRAFT INITIAL SECTIONS OF REPORT | D. GREENSPAN | 6.00 | 1,200.00 |
| 07/04/22 | REVIEW COMPLAINT; REVIEW COMPILATION OF MATERIALS FROM COUNSEL | D. GREENSPAN | 1.50 | 600.00 |
| 07/06/22 | REVIEW PERTINENT DECISIONS INCLUDING RECENT DECISION ON INJURY CLAIMS IN CONNECTION WITH PREPARING REPORT | D. GREENSPAN | 1.00 | 600.00 |
| 07/07/22 | REVIEW DOCUMENTS SUBMITTED IN SUPPORT OF DAMAGES CLAIMS | D. GREENSPAN | 1.60 | 600.00 |
| 07/11/22 | REVIEW CORRESPONDENCE FROM COUNSEL TRANSMITTING DOCUMENTS | D. GREENSPAN | 0.20 | 600.00 |
| 07/14/22 | VERIFY NEWLY SUBMITTED DOCUMENTS IN SUPPORT OF DAMAGES CLAIMS | D. GREENSPAN | 0.30 | 600.00 |
| 04/30/23 | REVIEW OF DOCUMENTS FOR REVISION TO REPORT | D. GREENSPAN | 2.40 | 600.00 |
| 05/01/23 | REVIEW OF EXPERT REPORTS; REVISE DRAFT REPORT AND RECOMMENDATION; CONFIRM | D. GREENSPAN | 4.40 | 1,200.00 |

**NEUTRAL SPECIAL MASTER**            **PAGE 2**
**FILE NUMBER: 155510-00610**            **INVOICE # 2157934**
           **NOVEMBER 17, 2023**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| | TESTIMONY OF VICTIMS FOR REPORT | | | |
| 05/02/23 | FOLLOW UP ON REVIEW OF RECENT RELEVANT CASE LAW FOR REPORT | D. GREENSPAN | 0.50 | 600.00 |
| 05/05/23 | REVIEW DOCKET, EVIDENCE IN GENERAL, STRUCTURE REPORT | D. GREENSPAN | 1.20 | 600.00 |
| 05/07/23 | REVIEW OF TRANSCRIPTS OF TWO VICTIMS TESTIMONY; DRAFT SECTIONS OF REPORT | D. GREENSPAN | 2.50 | 600.00 |
| 05/08/23 | DRAFT AND EDIT REPORT; ANALYSIS OF MEDICAL DOCUMENTATION FOR SECTIONS OF REPORT | D. GREENSPAN | 2.00 | 600.00 |
| 05/10/23 | EDIT FACTUAL SECTION OF REPORT | D. GREENSPAN | 1.50 | 600.00 |
| 05/11/23 | REVIEW OF MEDICAL RECORDS FOR VICTIMS AND ADDRESS FACTUAL STATEMENT | D. GREENSPAN | 1.00 | 600.00 |
| 05/15/23 | DRAFT ADDITIONAL REPORT SECTIONS PRIMARILY FACTUAL BASIS FOR RECOMMENDATION | D. GREENSPAN | 2.00 | 600.00 |
| 05/16/23 | FOLLOW UP ON ANALYSIS AND COMPILATION OF RECENT CASE LAW | D. GREENSPAN | 0.30 | 600.00 |
| 05/17/23 | REVIEW AND ANALYSIS OF MEDICAL RECORD SUBMISSIONS AND INJURY STATUS FOR PURPOSE OF REPORT | D. GREENSPAN | 0.60 | 600.00 |
| 05/18/23 | REVIEW AND ANALYSIS OF MEDICAL RECORD SUBMISSIONS AND INJURY STATUS FOR PURPOSE OF REPORT; DRAFT SECTIONS OF REPORT | D. GREENSPAN | 2.00 | 600.00 |
| 05/19/23 | REVIEW AND ANALYSIS OF MEDICAL RECORD SUBMISSIONS, VOCATIONAL REPORTS, ECONOMIC LOSS REPORTS AND CONTINUE DRAFTING LEGAL ANALYSIS FRAMEWORK AND FACTUAL PORTIONS OF REPORT | D. GREENSPAN | 2.00 | 600.00 |
| 05/20/23 | REVIEW AND ANALYSIS OF MEDICAL RECORD SUBMISSIONS, VOCATIONAL REPORTS, ECONOMIC LOSS REPORTS FOR PLAINTIFF LUQMAN, DRAFT SECTIONS OF REPORT | D. GREENSPAN | 3.00 | 600.00 |
| 05/21/23 | DRAFT SECTIONS OF REPORTS ON ECONOMIC LOSS, LAW REGARDING NON ECONOMIC LOSS | D. GREENSPAN | 3.00 | 600.00 |
| 05/22/23 | REVIEW OF TRANSCRIPTS OF TESTIMONY AND DRAFT SECTIONS OF REPORT | D. GREENSPAN | 3.00 | 600.00 |
| 05/24/23 | ANALYSIS OF DOCUMENTS AND RELATED CASE; REVISE SECTIONS OF REPORT; FOLLOW UP ON QUESTIONS RELATED TO ECONOMIC LOSS ANALYSIS | D. GREENSPAN | 3.00 | 600.00 |
| 05/25/23 | REVIEW AND ANALYSIS OF ECONOMIC REPORTS, DRAFT SECTIONS OF REPORT REGARDING ECONOMIC LOSS FOR DIRECT | D. GREENSPAN | 2.00 | 600.00 |

**NEUTRAL SPECIAL MASTER**                                                               **PAGE 3**
**FILE NUMBER: 155510-00610**                                     **INVOICE # 2157934**
                                                                                          **NOVEMBER 17, 2023**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| | VICTIMS. | | | |
| 05/26/23 | EDIT REPORT; FOLLOW UP REGARDING QUESTIONS RE ECONOMIC LOSS REPORT; REVIEW OF TESTIMONY | D. GREENSPAN | 4.30 | 1,200.00 |
| 05/27/23 | EDIT REPORT AND FURTHER REVIEW OF ECONOMIC LOSS REPORTS | D. GREENSPAN | 2.00 | 600.00 |
| 05/28/23 | EDIT REPORT; FURTHER REVIEW OF ECONOMIC LOSS AND VOCATIONAL REPORTS; DRAFT CASE LAW SECTIONS OF REPORT | D. GREENSPAN | 3.00 | 600.00 |
| 05/29/23 | REVIEW INFORMATION FROM EXPERT; ADDITIONAL ANALYSIS OF ECONOMIC LOSS ISSUES IN REPORTS, REVIEW TRANSCRIPTS AND RECORDS FOR DRAFTING PURPOSES, | D. GREENSPAN | 2.00 | 600.00 |
| 05/30/23 | FOLLOW UP ON CITE CHECKING DRAFT OF REPORT AND CONFIRMING EXHIBITS IN CURRENT DRAFT | D. GREENSPAN | 0.40 | 600.00 |
| 06/15/23 | FURTHER REVISIONS TO REPORT | D. GREENSPAN | 1.00 | 600.00 |
| 06/16/23 | REVISE AND EDIT REPORT; ADDRESS ECONOMIC LOSS DAMAGES, ADDRESS MEDICAL STATUS OF PLAINTIFFS FOR CALIBRATION OF DAMAGES | D. GREENSPAN | 3.00 | 600.00 |
| 06/17/23 | REVISE ECONOMIC LOSS SECTION OF REPORT; REVIEW AND ANALYSIS OF TESTIMONY OF FAMILY MEMBERS AND DRAFT PORTIONS OF FACT SECTION RE SAME | D. GREENSPAN | 3.00 | 600.00 |
| 06/18/23 | ANALYSIS OF FAMILY MEMBER TESTIMONY AND PERTINENT CASE LAW RELATED TO SOLATIUM DAMAGES; EDITS TO REPORT; FOLLOW UP ON VOCATIONAL EXPERT REPORTS | D. GREENSPAN | 8.00 | 1,200.00 |
| 06/19/23 | ANALYSIS OF FAMILY MEMBER TESTIMONY AND PERTINENT CASE LAW RELATED TO SOLATIUM DAMAGES; EDITS TO REPORT; REVISE SECTIONS ON ECONOMIC LOSS AND CASE LAW RE NON ECONOMIC DAMAGES | D. GREENSPAN | 5.00 | 1,200.00 |
| 06/22/23 | ANALYSIS OF FAMILY MEMBER TESTIMONY; ANALYSIS OF CASE LAW RELATED TO NON ECONOMIC DAMAGE FOR VICTIMS, DRAFT SECTIONS OF REPORT | D. GREENSPAN | 3.20 | 600.00 |
| 06/23/23 | ANALYSIS OF CERTAIN SUPPORTING DOCUMENTS AND REPORTS; ANALYSIS OF PERTINENT UPDATED CASE LAW; FURTHER REVISIONS TO DRAFT REPORT | D. GREENSPAN | 4.40 | 1,200.00 |
| 06/24/23 | EDIT AND REVISE REPORT; ANALYSIS OF NON ECONOMIC LOSS FOR VICTIMS. | D. GREENSPAN | 4.00 | 600.00 |
| 06/25/23 | EDIT AND REVISE REPORT; DRAFT SECTIONS ON NON ECONOMIC PAIN AND SUFFERING | D. GREENSPAN | 3.20 | 600.00 |

**NEUTRAL SPECIAL MASTER**     **PAGE 4**
**FILE NUMBER: 155510-00610**     **INVOICE # 2157934**
**NOVEMBER 17, 2023**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| | AND SOLATIUM DAMAGES | | | |
| 06/26/23 | ANALYSIS OF FAMILY MEMBER TESTIMONY; DRAFT SECTIONS OF REPORT ON NON ECONOMIC LOSS FOR VICTIMS AND FAMILY MEMBERS | D. GREENSPAN | 5.00 | 1,200.00 |
| 06/27/23 | EDIT AND REVISE REPORT; ANALYSIS OF NON ECONOMIC LOSS FOR VICTIMS, COMPILE RECOMMENDATIONS | D. GREENSPAN | 4.50 | 1,200.00 |
| 06/28/23 | NEAR FINAL EDIT OF REPORT; ANALYSIS OF COMPARABLE CASES FOR NON ECONOMIC LOSS COMPONENT; REVIEW COMPLAINT AND INITIAL DOCUMENTS | D. GREENSPAN | 3.70 | 600.00 |
| 06/29/23 | FURTHER REVISIONS TO REPORT ADDRESSING NON ECONOMIC LOSS DAMAGES AND ANALYSIS OF COMPARABLE CASES | D. GREENSPAN | 2.00 | 600.00 |
| 06/30/23 | FINALIZE REPORT, REVIEW AND FINALIZE MOTION TO SEAL, CORRESPONDENCE WITH COUNSEL REGARDING SERVICE OF DOCUMENTS PROPOSED TO BE SEALED AND DISTRIBUTE SAME | D. GREENSPAN | 2.20 | 600.00 |
| 07/03/23 | REVIEW COURT ORDER AND ARRANGE REPORT AND EXHIBITS FOR FILING PER ORDER | D. GREENSPAN | 0.30 | 600.00 |
| 07/05/23 | REVIEW AND FINALIZE CORRESPONDENCE TO COURT REGARDING FILING AND MOTION TO SEAL; FINAL REVIEW FOR FILING | D. GREENSPAN | 0.40 | 600.00 |
| 07/12/23 | REVIEW DOCKET AND NOTICE OF FILING | D. GREENSPAN | 0.20 | 600.00 |
| | **TOTAL SPECIAL MASTERS SERVICES** | | | **$36,000.00** |

| Date | Narrative | Timekeeper | Hours | New Amt |
|---|---|---|---|---|
| 3/22/2022 | ASSIST SPECIAL MASTER WITH COLLECTION OF MATERIALS AND RESEARCH FOR PREPARATION OF REPORT | Amelia Clegg | 1.50 | $350.00 |
| 3/22/2022 | ASSIST SPECIAL MASTER WITH COLLECTION OF MATERIALS AND RESEARCH FOR PREPARATION OF REPORT | Fredric Brooks | 0.60 | |
| 3/24/2022 | ASSIST SPECIAL MASTER WITH COLLECTION OF MATERIALS AND RESEARCH FOR PREPARATION OF REPORT | Amelia Clegg | 0.60 | $350.00 |
| 4/27/2022 | ASSIST SPECIAL MASTER WITH COLLECTION OF MATERIALS FOR PREPARATION OF REPORT | Amelia Clegg | 1.40 | $350.00 |
| 6/24/2022 | ASSIST SPECIAL MASTER WITH COLLECTION OF MATERIALS AND RESEARCH FOR PREPARATION OF REPORT | Fredric Brooks | 1.00 | $350.00 |
| 6/26/2022 | ASSIST SPECIAL MASTER WITH COLLECTION OF MATERIALS AND RESEARCH FOR PREPARATION OF REPORT | Fredric Brooks | 1.00 | $350.00 |
| 6/30/2022 | ASSIST SPECIAL MASTER WITH COMPILATION AND PREPARATION OF REPORT | Fredric Brooks | 0.80 | $350.00 |
| 7/1/2022 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Amelia Clegg | 2.50 | $350.00 |
| 7/11/2022 | ASSIST SPECIAL MASTER WITH COMPILATION AND PREPARATION OF REPORT | Fredric Brooks | 1.20 | $350.00 |
| 7/15/2022 | ASSIST SPECIAL MASTER WITH COMPILATION AND PREPARATION OF REPORT | Fredric Brooks | 0.70 | $350.00 |
| 5/8/2023 | ASSIST SPECIAL MASTER WITH COMPILATION AND PREPARATION OF REPORT | Amelia Clegg | 0.40 | $350.00 |
| 5/8/2023 | ASSIST SPECIAL MASTER WITH COMPILATION AND PREPARATION OF REPORT | Fredric Brooks | 0.70 | |
| 5/18/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.80 | $350.00 |
| 5/19/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 0.70 | $350.00 |
| 5/21/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.80 | $350.00 |
| 5/22/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 1.10 | |
| 5/22/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND COMPILATION OF REPORT | Morgan L. Bubman | 0.50 | $350.00 |
| 5/24/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Fredric Brooks | 1.30 | $350.00 |
| 5/25/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.30 | $350.00 |
| 5/25/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Morgan L. Bubman | 3.50 | |
| 5/26/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Morgan L. Bubman | 2.30 | $350.00 |
| 5/27/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 0.90 | $350.00 |
| 5/29/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.80 | $350.00 |

| Date | Description | Name | Hours | Rate |
|---|---|---|---|---|
| 5/30/2023 | ASSIST SPECIAL MASTER WITH CITES AND PREPARATION OF REPORT | Amelia Clegg | 0.70 | |
| 5/30/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Amelia Clegg | 0.30 | |
| 5/30/2023 | ASSIST SPECIAL MASTER WITH CITES FOR REPORT | Amelia Clegg | 1.80 | |
| 5/30/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 1.30 | $350.00 |
| 5/30/2023 | ASSIST SPECIAL MASTER WITH CITES FOR REPORT | Kevin Rogers | 3.00 | |
| 5/30/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Michael J. Schmandt | 3.60 | |
| 5/30/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 0.60 | |
| | | | | |
| 5/31/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Amelia Clegg | 0.70 | |
| 5/31/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 1.80 | |
| 5/31/2023 | ASSIST SPECIAL MASTER WITH CITATIONS FOR REPORT | Kevin Rogers | 1.20 | |
| 5/31/2023 | ASSIST SPECIAL MASTER WITH RESEARCH ANDPREPARATION OF REPORT | Michael J. Schmandt | 1.60 | $350.00 |
| 5/31/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Michael J. Schmandt | 0.30 | |
| 5/31/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Michael J. Schmandt | 4.20 | |
| 5/31/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Morgan L. Bubman | 0.10 | |
| | | | | |
| 6/1/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.80 | |
| 6/1/2023 | ASSIST SPECIAL MASTER WITH CITATIONS AND PREPARATION OF REPORT | Michael J. Schmandt | 1.10 | |
| 6/1/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND COMPILATION OF REPORT | Michael J. Schmandt | 1.80 | $350.00 |
| 6/1/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 0.20 | |
| 6/1/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Michael J. Schmandt | 0.10 | |
| 6/1/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Michael J. Schmandt | 2.80 | |
| | | | | |
| 6/2/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 0.60 | |
| 6/2/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 0.20 | $350.00 |
| 6/2/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 4.90 | |
| | | | | |
| 6/3/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 0.90 | $350.00 |
| | | | | |
| 6/5/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Amelia Clegg | 0.30 | |
| 6/5/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 0.50 | $350.00 |
| 6/5/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Kevin M. Moran | 1.00 | |
| 6/5/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 2.80 | |
| | | | | |
| 6/6/2023 | ASSIST SPECIAL MASTER WITH RESEARCH ANDPREPARATION OF REPORT | Fredric Brooks | 0.50 | |
| 6/6/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Kevin M. Moran | 1.00 | $350.00 |
| 6/6/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 0.20 | |
| | | | | |
| 6/7/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 1.40 | |
| 6/7/2023 | ASSIST SPECIAL MASTER WITH CITE CHECKING AND PREPARATION OF REPORT | Michael J. Schmandt | 3.20 | $350.00 |
| | | | | |
| 6/8/2023 | ASSIST SPECIAL MASTER WITH CITE CHECKING AND PREPARATION OF REPORT | Kevin M. Moran | 2.10 | $350.00 |

| Date | Description | Name | Hours | Rate |
|---|---|---|---|---|
| 6/9/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 1.00 | |
| 6/9/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Kevin M. Moran | 1.20 | $350.00 |
| 6/9/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND CITATIONS FOR REPORT | Michael J. Schmandt | 0.20 | |
| | | | | |
| 6/12/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.40 | |
| 6/12/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Kevin M. Moran | 1.70 | $350.00 |
| 6/12/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 1.10 | |
| | | | | |
| 6/13/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Michael J. Schmandt | 0.30 | $350.00 |
| | | | | |
| 6/14/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.50 | |
| 6/14/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 5.90 | $350.00 |
| | | | | |
| 6/15/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 0.60 | $350.00 |
| | | | | |
| 6/20/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.70 | $350.00 |
| | | | | |
| 6/22/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Kevin M. Moran | 3.20 | $350.00 |
| | | | | |
| 6/24/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 0.80 | $350.00 |
| | | | | |
| 6/26/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 1.30 | |
| 6/26/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Kevin M. Moran | 2.70 | |
| 6/26/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Michael J. Schmandt | 0.90 | $350.00 |
| 6/26/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 0.40 | |
| | | | | |
| 6/27/2023 | ASSIST SPECIAL MASTER WITH PREPARING MOTION TO SEAL | Amelia Clegg | 0.60 | |
| 6/27/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 1.50 | $350.00 |
| 6/27/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT AND INDEX AND MOTION TO SEAL | Kevin M. Moran | 5.30 | |
| | | | | |
| 6/28/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Fredric Brooks | 1.50 | |
| 6/28/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Kevin M. Moran | 4.60 | $350.00 |
| | | | | |
| 6/29/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF MOTION TO SEAL | Amelia Clegg | 0.30 | |
| 6/29/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Amelia Clegg | 2.30 | |
| 6/29/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF REPORT | Amelia Clegg | 0.50 | |
| 6/29/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Fredric Brooks | 2.60 | |
| 6/29/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT AND WITH PREPARATION OF MOTION TO SEAL CERTAIN EXHIBITS AND INDEX OF EXHIBITS | Kevin M. Moran | 6.50 | $350.00 |
| 6/29/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Michael J. Schmandt | 6.20 | |

| Date | Description | Timekeeper | Hours | Rate |
|---|---|---|---|---|
| 6/30/2023 | ASSIST SPECIAL MASTER WITH FINALIZING REPORT | Amelia Clegg | 0.60 | $350.00 |
| 6/30/2023 | ASSIST SPECIAL MASTER WITH FILING MOTION TO SEAL AND RELATED EXHIBITS | Amelia Clegg | 0.30 | |
| 6/30/2023 | ASSIST SPECIAL MASTER WITH RESEARCH AND PREPARATION OF REPORT | Amelia Clegg | 0.80 | |
| 6/30/2023 | ASSIST SPECIAL MASTER WITH RESEARCH FOR REPORT | Amelia Clegg | 0.80 | |
| 6/30/2023 | ASSIST SPECIAL MASTER WITH FINALIZING REPORT | Fredric Brooks | 4.20 | |
| 6/30/2023 | ASSIST SPECIAL MASTER WITH RESEARCH, CITE CHECKING AND FINALIZING REPORT AND MOTION TO SEAL AND WITH PREPARATION OF REDACTED EXHIBITS AND REDACTED VERSION OF REPORT AND COMPILATION OF DOCUMENTS REQUIRED FOR FILING | Kevin M. Moran | 7.30 | |
| | | | | |
| 7/3/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF EXHIBITS FOR SPECIAL MASTER REPORT FOR FILING | Kevin M. Moran | 1.00 | $350.00 |
| | | | | |
| 7/5/2023 | ASSIST SPECIAL MASTER WITH DRAFT LETTER TO JUDGE REGARDING COURTESY COPIES | Amelia Clegg | 0.40 | |
| 7/5/2023 | ASSIST SPECIAL MASTER WITH FINALIZING INDEX AND EXHIBITS FOR REPORT AND RECOMMENDATION FOR FILING AND FILE THE SAME | Amelia Clegg | 0.80 | $350.00 |
| | | | | |
| 7/9/2023 | ASSIST SPECIAL MASTER WITH RPEPARATION OF COURTESY COPIES, COVER LETTER AND EXHIBITS FOR JUDGE PER JUDGE'S INDIVIDUAL RULES | Amelia Clegg | 0.50 | $350.00 |
| | | | | |
| 7/10/2023 | ASSIST SPECIAL MASTER WITH PREPARATION OF COURTESY COPIES OF SPECIAL MASTER'S REPORT | Kevin M. Moran | 0.60 | $350.00 |
| | | | | |
| | TOTAL | | 145.10 | $15,750.00 |