UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CASEY COOMBS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> *Defendant*. | Civil Action No. 19-3363 (RDM) |

## ORDER

This matter comes before the Court on Plaintiffs' Motion for Payment to Special Master Deborah Greenspan, Dkt. 31. In this motion, Plaintiffs seek compensation for the Special Master's time expended assessing the validity of and recommending damages for their claims pursuant to 28 U.S.C. § 1605A(e)(2). For reasons explained below, the Court will grant the motion.

The Foreign Services Immunities Act ("FSIA") provides that courts may appoint special masters to hear damage claims brought under the "state-sponsored terrorism" exception, 28 U.S.C. § 1605A, and that those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984," 28 U.S.C. § 1605A(e)(1)–(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F.Supp.2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

On March 17, 2022, the Court issued an order authorizing Deborah Greenspan to serve as Special Master in this case and, accordingly, to "receive evidence and to prepare proposed findings and recommendations for the disposition of Plaintiffs' claims for damages." Dkt. 24 at 1. The order provided that the Special Master "shall be paid $1,200 per day" for each full day of work (four hours or more) and $600 for each day worked less than four hours, *id.* at 2; authorized compensation for "reasonable expenses" including the "'labor' of a legal assistant or associate attorney," *id.* at 2–3; directed the Special Master to provide Plaintiffs with "vouchers itemizing, for each day of work, the amount of time worked, the nature of work done, and the amount of business expenses incurred," *id.* at 3; and directed Plaintiffs to file a motion with the Court seeking compensation within two weeks of the entry of any damages, *id.*

The Special Master submitted her completed report on July 5, 2023, *see* Dkt. 26, and the Court awarded damages and entered final judgment on November 6, 2023, Dkt. 29; Dkt. 30. Plaintiffs have now filed a motion seeking compensation for the Special Master, including vouchers documenting the Special Master's work in conformity with the Court's instructions. Dkt. 31. Upon review, the Court determines that Special Master Greenspan is entitled to compensation for work done in this case pursuant to the Court's order appointing her and is satisfied that the value of such reimbursement should be $51,750.00.

Accordingly, it is hereby

**ORDERED** that the Motion for Payment, Dkt. 31, is **GRANTED**. It is further

**ORDERED** that Special Master Greenspan is authorized to receive a payment of $51,750.00 in fees and reasonable business expenses from funds available under § 1404C of the Victims of Crime Act of 1984, 42 U.S.C. § 10603c; and it is further

**ORDERED** that the Clerk of the Court shall promptly provide to the United States Department of Justice Office for Victims of Crime ("OVC") one copy of:

1. This Order;

2. The Motion for Payment of Fees as well as the Invoice attached, Dkt. 31; and

3. The Order appointing Ms. Greenspan as Special Master, Dkt. 24; and it is further

**ORDERED** that the OVC shall transfer to the Clerk of the Court, from funds available under § 1404C, $51,750.00 to cover the costs of the Special Master in this matter; and its is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with the OVC and, upon receipt of such funds from the OVC, shall promptly disburse them to Ms. Greenspan in compensation for her services as Special Master.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  November 28, 2023