## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASEY COOMBS et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.:   1:19cv3363 (RDM) |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF DEATH OF VICTOR BRODZIK

COMES NOW Plaintiffs, by counsel, and provide the following Notice:

1. On March 10, 2022, this Court granted Plaintiffs' claims as to liability. ECF No. 22. A week later, Ms. Deborah Greenspan was appointed to serve as Special Master in this case for the purposes of receiving damages evidence. ECF No. 24.

2. Plaintiffs' submission of damages evidence to Ms. Greenspan was completed on July 15, 2022. Among those submissions was an affidavit signed by Plaintiff Victor Brodzik on June 30, 2022. Counsel for Plaintiffs had no further direct communication with Mr. Brodzik following the submission of that affidavit.

3. The Court granted final judgment for Plaintiffs in this matter on November 6, 2023. ECF No. 30. Mr. Brodzik was among those receiving an award. *Id.*

4. Shortly thereafter, Plaintiffs' counsel reached out to Plaintiffs to inform them of the recent developments in the case. In response to this communication, Plaintiffs' counsel was informed of the unfortunate news that Mr. Brodzik had passed away on September 26, 2022.

5. Susan Brodzik, who is also named as a Plaintiff in this case, is the widow of Mr. Brodzik and his next of kin. Ms. Brodzik has informed Plaintiffs' counsel that she did not seek

out estate appointment following Mr. Brodzik's death and that she does not wish to do so. Further, she indicated that her preference is for Mr. Brodzik's claim to be dismissed.

6. In the meantime, cost-and time-intensive efforts to translate and serve the Court's judgment in accordance with the relevant statutory requirements are already underway. As a result, Plaintiffs' preference, if possible, is to address and resolve this issue without altering the final judgment as to any other party beyond Mr. Brodzik.

7. With the Court's permission, Plaintiffs' counsel intends, out of respect to the wishes of Mr. Brodzik's widow and next of kin, to file a Motion to Vacate and Dismiss as to only Mr. Brodzik's claim. Given that no estate representative exists, and the estate is therefore unrepresented, Plaintiffs' counsel suggests that it would be appropriate for such dismissal to be without prejudice.

8. Should the Court desire a different method for the resolution of this concern, Plaintiffs are prepared and willing to comply.

<div style="margin-left: 40%;">

Respectfully submitted,

   /s/ Kevin A. Hoffman
Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
Randy D. Singer, Esq. (DCD Bar No. VA0157)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerhoffman.com
Email: randy.singer@singerhoffman.com
*Counsel for Plaintiffs*

</div>