## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CASEY COOMBS et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No.:   1:19cv3363 (RDM) |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO AMEND JUDGMENT

COMES NOW Plaintiffs, by counsel, pursuant to Rule 59 of the Federal Rules of Civil Procedure, for this Motion to Amend Judgment, and in support thereof, states as follows:

1. On March 10, 2022, this Court granted Plaintiffs' claims as to liability. ECF No. 22. After damages proceedings before the Special Master, the Court granted final judgment for Plaintiffs in this matter on November 6, 2023. ECF No. 30. Ms. Marcelle Farran was among those awarded a judgment. *Id.*

2. Following the issuance of the judgment, Plaintiffs' counsel was made aware of a discrepancy between the name commonly used by Ms. Farran and her official legal name. Her legal name is "Marcel Farran."

3. Rule 59(e) of the Federal Rules of Civil Procedure allows for a request to alter or amend a judgment if filed within 28 days after entry of the judgment. One reason for such amendment is to "correct a clear error or prevent manifest injustice." *Leidos, Inc. v. Hellenic Republic*, 881 F.3d 213, 217 (D.C. Cir. 2018).

4. This Motion is timely filed.

5.      Here, the mistake in naming of Ms. Farran is "a clear error." Failing to correct this mistake may result in problems enforcing the judgment and in Ms. Farran's ability to receiving compensation from the United States Victims of State Sponsored Terrorism Fund.

6.      Islamic Republic of Iran Iran will not be prejudiced in any way if the Court makes the above-referenced technical correction.

7.      Based on the foregoing, this Court should GRANT this Motion and amend its final judgment only so as to correct Ms. Farran's name. Plaintiffs' respectfully request that the Court enter the attached Proposed Order and direct the Clerk to change the party name on record and in the case caption from "MARCELLE FARRAN" to "MARCEL FARRAN".

Respectfully submitted,

/s/ Kevin A. Hoffman
Kevin A. Hoffman, Esq. (DC Bar No. 1044559)
Randy D. Singer, Esq. (DCD Bar No. VA0157)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: kevin.hoffman@singerhoffman.com
Email: randy.singer@singerhoffman.com
*Counsel for Plaintiffs*